UNITED STATES of America, Plaintiff–Appellee

v.

Donald Ray DAVIS, also known as Dog Man, Defendant–Appellant.

No. 10–30014
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 8, 2010.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Donald Ray Davis, Big Spring, TX, pro se.

---

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Donald Ray Davis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Davis has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before KING, BENAVIDES, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

